```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
DUANE READE, INC.,

                          Plaintiff,        07 Civ. 0574 (JSR)

      - against -                 **SATISFACTION OF JUDGMENT**

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WHEREAS, a judgment was entered in the above action on the 29th day of August, 2007 in favor of Duane Reade, Inc., and

WHEREAS, said judgment was modified by the United States Court of Appeals for the Second Circuit; and

WHEREAS, such modified judgment was entered on June 25, 2010 and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said modified judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said modified judgment.

Dated: New York, New York
       August 11, 2010

                                DAVIS POLK & WARDWELL LLP

                                By: _____
                                  Guy Miller Struve (GMS-4506)
                                  450 Lexington Avenue
                                  New York, NY 10017
                                  (212) 450-4192
                                  Fax: (212) 701-5192
                                  Email: guy.struve@davispolk.com

                            Attorneys for Plaintiff Duane Reade, Inc.

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK     )

On the 11th day of August, 2010 before me personally came Guy Miller Struve to me known and known to be a member of the firm of Davis Polk & Wardwell LLP, attorneys for Plaintiff Duane Reade, Inc. in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

ROBERT L. JONES
Notary Public, State of New York
No. 10JO4971251
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Aug. 27, 2010